No. 396.  PEDERSEN *v.* J. F. FITZGERALD CONSTRUCTION Co.

February 8, 1943. *Per Curiam:* Petition for writ of certiorari granted. Judgment reversed on the authority of *Overstreet* v. *North Shore Corporation, ante,* p. 125.  MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Mr. Daniel H. Prior* for petitioner. *Messrs. Henry E. Foley* and *Charles E. Nichols* for respondent.

No. —, original.  EX PARTE WILLIAM W. BOEHMAN. February 8, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. 554.  NATIONAL BROADCASTING CO., INC., ET AL. *v.* UNITED STATES ET AL.

February 12, 1943. Appeal dismissed as to appellant, Woodmen of the World Life Insurance Society, on motion of counsel for said appellant. *Mr. David M. Wood* for the Woodmen of the World Life Insurance Society, appellant.